**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF ILLINOIS**
**PEORIA DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JALAL NIMER ASAD, )<br>)<br>Defendant. ) | Case No. 09-CR-10110 |

**FORFEITURE MONEY JUDGMENT ORDER**

    This matter is before the Court on the Government's Motion for Entry of a Forfeiture Money Judgment Order upon Defendant Jalal Nimer Asad's guilty verdicts and pursuant to Title 31, United States Code, Section 5317(c), and Rule 32.2 of the Federal Rules of Criminal Procedure, the Court finds as follows:

    1.    The Indictment herein provided notice that, upon conviction of a structuring offense as charged in Counts One through Five of the Indictment, the United States would seek a personal money judgment against the defendant pursuant to Federal Rule of Criminal Procedure 32.2(b) and (c) and Title 31, United States Code, Section 5317(c), equal to the amount of property involved in the offense or traceable thereto.

    2.    On September 10, 2025, a jury found the defendant guilty of the offenses charged in Counts One through Five of the Indictment.

    3.    The Government moves for the entry of a personal money judgment against the defendant in the amount of $4,396,075, representing property

involved in the offenses giving rise to forfeiture. After initially opposing the Government's motion, the defendant has withdrawn his opposition and advised the Court that he agrees to the proposed forfeiture money judgment.

4.  Based upon the defendant's guilty verdicts and consent to the entry of a forfeiture money judgment, this Court, pursuant to Rule 32.2(b)(1) of the Federal Rules of Criminal Procedure, has determined that the defendant obtained the amount of $4,396,075, representing property involved in the offenses giving rise to forfeiture or traceable thereto.

WHEREFORE, in consideration of the Government's motion and the entire record in this matter, the Court FINDS and ORDERS as follows:

A.  A money judgment in the amount of $4,396,075 is hereby entered against the defendant and in favor of the United States pursuant to Rules 32.2(b)(1) and (c)(1) of the Federal Rules of Criminal Procedure and Title 31, United States Code, Section 5317(c).

B.  The United States may undertake whatever discovery is necessary to identify, locate, or dispose of property subject to forfeiture, or substitute assets for such property, and may, at any time, move pursuant to Rule 32.2(e) to amend this Forfeiture Money Judgment Order to substitute property having a value not to exceed $4,396,075 to satisfy the money judgment in whole or in part.

C.  Pursuant to Rule 32.2(b)(3), this Forfeiture Money Judgment Order shall become final as to the defendant at the time of sentencing or before

sentencing if the defendant consents and shall be made part of the sentence and included in the judgment.

    D.    The United States District Court shall retain jurisdiction in this case for the purpose of enforcing this Order.

DATE: October 20, 2025

                                              s/ Jonathan E. Hawley

                                              UNITED STATES DISTRICT JUDGE
                                              JONATHAN E. HAWLEY